```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
               FORT PIERCE DIVISION
           CASE NO. 07-14061-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

SALVADOR PASCUAL AGUIRRE,

        Defendant.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN THE PETITION FOR VIOLATION OF SUPERVISED RELEASE**

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on February 5, 2015.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, and a Evidentiary Hearing was held on March 4, 2015. A Report and Recommendation on Defendant's admissions to the violations set forth in the Petition for Violation of Supervised Release was filed on March 4, 2015. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that the Court Adopts and Approves Magistrate Judge Lynch's Report and Recommendation with the additional factual finding as to violation number two that the possession of the visual depictions of sexually explicit conduct was of adults only and not minors.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of March, 2015.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


Copied: Magistrate Judge Frank J. Lynch
        Russell Killinger, AUSA
        Fletcher Peacock, AFPD