UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14061-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SALVADOR PASCUAL AGUIRRE,

    Defendant.
_____/



FILED by _____ D.C.
AUG 1 1 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATION NUMBERS 1, 2, 5 and 6 AS SET FORTH IN THE
PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**

**THIS CAUSE** having come before the Court for a final hearing on August 10, 2017, in respect to the pending Petition Alleging Violations of Supervised Release [D.E. 240] ("Petition"), and this Court having convened a hearing, now recommends to the District Court as follows:

1. The Defendant appeared before this Court on August 10, 2017 for a final hearing in respect to the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. Between January and May 2017, the defendant committed the offense of making false statements, contrary to 18 U.S.C. § 1001, by intentionally failing to report being in contact with anyone having a criminal record on his monthly reports. |

| | |
|---|---|
| **Violation Number 2** | **Violation of Standard Condition**, by associating with a person who is a convicted felon without permission of the U.S. Probation Officer. On or about May 23, 2017, the defendant admitted to knowingly associating with Leonard Addison Parks, Jr., who is his co-defendant in the instant offense. Mr. Parks was convicted in the Southern District of Florida on January 25, 2008, Docket Number 07-14061-CR-GRAHAM-2, of conspiracy to use, induce, and persuade a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and sentenced to 90 months imprisonment, followed by a 15 year term of supervised release. |
| **Violation Number 3** | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report. Since January 2017, the defendant submitted untruthful written monthly reports by failing to report being in contact with anyone having a criminal record. |
| **Violation Number 4** | **Violation of Standard Condition**, by failing to answer truthfully all inquiries by the probation officer. On or about May 23, 2017, the defendant was questioned regarding the extent of his association with Leonard Addison Parks, Jr., and stated they did not spend the night in the same hotel room (May 20-21, 2017) when in fact evidence and statements made by Leonard Addison Parks, Jr. indicate this to be false. |
| **Violation Number 5** | **Violation of Special Condition**, by failing to refrain from possessing or using a computer that contains an internal, external, or wireless modem without the prior approval of the Court. On or about May 23, 2017, the defendant was found to be in possession |

of an iPhone, which has the capability of accessing the Internet via an internal, external, or wireless modem, without approval of the Court.

**Violation Number 6**     **Violation of Special Condition**, by buying, selling, exchanging, possessing, trading, or producing visual depictions of minors or adults engaged in sexually explicit conduct. On or about May 23, 2017, the defendant was found to be in possession of an iPhone that contained visual depictions of adults engaged in sexually explicit conduct as evidenced by his admission to United States Probation Officer Robert Tango and subsequent forensic examination of the iPhone completed by Detective Kevin Pfeiffer, with the Saint Lucie County Sheriff's Office.

**Violation Number 7**     **Violation of Special Condition**, by corresponding or communicating in person, by mail, telephone, or computer with individuals or companies offering to buy, sell, exchange, possess, trade, or produce visual depictions of minors or adults engaged in sexually explicit conduct. Between May 3, 2017 and May 23, 2017, the defendant utilized an iPhone to correspond or communicate with individuals or companies offering to buy, sell, exchange, possess, trade, or produce visual depictions of minors or adults engaged in sexually explicit conduct, as evidenced by his admission to United States Probation Officer Robert Tango and the forensic examination of the iPhone completed by Detective Kevin Pfeiffer, with the Saint Lucie County Sheriff's Office.

2. After consultation with his attorney, the Defendant announced to this Court that he wished to admit Violation Numbers 1, 2, 5 and 6 as set forth in the Petition. The government agreed to seek dismissal of Violation Numbers 3, 4, and 7 of the Petition at sentencing. This Court questioned the Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing in respect to the alleged violations. The Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. Counsel for the parties agreed that the Court could take judicial notice of the facts set forth in the Petition and the Memorandum from United States Probation Officer Robert Tango dated July 13, 2017 in regards to Violation Numbers 1, 2, 5 and 6. The Defendant acknowledged and agreed that the government could prove those facts against him by a preponderance of the evidence were a hearing to be held in this matter. The Court takes judicial notice of the allegations in the Petition and the Memorandum pertaining to Violation Numbers 1, 2, 5 and 6, and finds that these documents set forth a sufficient factual basis to support Defendant's admission to Violation Numbers 1, 2, 5

and 6, and also meet the essential legal elements of the violations to which Defendant is admitting.

4. The possible maximum penalties faced by the Defendant were read into the record by the government, and Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon the Defendant's admission to Violation Numbers 1, 2, 5 and 6 of the Petition under oath, this Court recommends to the District Court that the Defendant be found to have violated his supervised release in respect to Violation Numbers 1, 2, 5 and 6, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 11th day of August, 2017.

                                                          SHANIEK M. MAYNARD
                                                         UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Carmen Lineberger
Attorney Robert Franklin
U.S. Probation (USPO Robert Tango)