```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 07-14061-CR-GRAHAM
```

UNITED STATES OF AMERICA

    Plaintiff,

vs.

SALVADOR PASCUAL AGUIRRE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on July 24, 2017.

**THE MATTER** was referred to Magistrate Judge Shaniek Maynard, and a Evidentiary Hearing was held on August 10, 2017. A Report and Recommendation was filed on August 11, 2017 recommending the Defendant be found in violation of numbers One and Three and to have not violated number two as set forth in the Petition for Violation of Supervised Release. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation. The Court has conducted a <u>de novo</u> review of the entire file, Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 19th day of September, 2017.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Shaniek Maynard
        Counsel of Record
```